IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MANUEL D. GUTIERREZ,

    Plaintiff,

v.                                                                                                      Civ. No. 23-26 WJ/KK

BOARD OF COMMISSIONERS
OF BERNALILLO COUNTY, *et al*,

    Defendants.

## SECOND ORDER TO CURE DEFICIENCY

This matter is before the Court on Plaintiff's Application to Proceed *In Forma Pauperis* (Doc. 4). The Court cannot evaluate Plaintiff's financial condition because his Application does not include a six-month inmate account statement. *See* 28 U.S.C. § 1915(a). Plaintiff shall cure this deficiency no later than **Thursday, March 16, 2023**. The failure to timely comply will result in dismissal without further notice.

**IT IS ORDERED** that, no later than **Thursday, March 16, 2023**, Plaintiff shall submit a certified copy of his inmate account statement reflecting transactions for a six-month period.

                                                                              KIRTAN KHALSA
                                                                              UNITED STATES MAGISTRATE JUDGE